```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                      Case No. 15-30037-DM
Sharyn Mitchell                                             Chapter 11
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-3          User: rwong         Page 1 of 1         Date Rcvd: Mar 26, 2015
                              Form ID: pdfeoc     Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2015.
13940235        +224 Seagull Row LLC,    2935 Kerner Blvd, Ste A,    San Rafael, CA 94901-5577

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2015 at the address(es) listed below:
              John A. Vos    on behalf of Debtor Sharyn  Mitchell InvalidEMailECFonly@gmail.com,
               PrivateECFNotice@gmail.com
              Julie M. Glosson    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
               julie.m.glosson@usdoj.gov
              Mark D. Estle    on behalf of Creditor    U.S. Bank National Association
               mark.estle@buckleymadole.com
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov,  ltroxas@hotmail.com
                                                                                                TOTAL: 4

```
                                    Entered on Docket
                                    March 26, 2015
                                    EDWARD J. EMMONS, CLERK
                                    U.S. BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```



1  JOHN A. VOS, ESQ. (#80790)
   1430 Lincoln Avenue            Signed and Filed: March 25, 2015
2  San Rafael, CA  94901
   (415) 485-5330
3  For Debtor

4
                    _____
5                   **DENNIS MONTALI**
                    **U.S. Bankruptcy Judge**
6

7              **UNITED STATES BANKRUPTCY COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9  In re:                                    ) No: 15-30037-DM
         SHARYN MITCHELL,                    )
10                          Debtor           )
   _____   )
11

12         **ORDER GRANTING MOTION FOR USE OF CASH COLLATERAL**

13     The Debtor's motion for authority to use cash collateral for the maintenance of 224 Seagull

14 Row, Novato, California came on regularly before this court after due and proper notice on

15 February 27, 2015. John A. Vos appeared for Debtor Movant.  No appearance nor opposition was

16 made by creditor 224 seagull Row LLC.

17     Upon proof being made to the satisfaction of the court and good cause appearing, now

18 therefore,

19     IT IS ORDERED that the motion is granted, provided that income be segregated and

20 expenses be accounted for by way of periodic written reports to creditor 224 Seagull Row LLC.

21                    *  *  *   END OF ORDER   *  *  *

**COURT SERVICE LIST**

**224 Seagull Row LLC**
**2935 Kerner Blvd. Ste A**
**San Rafael. CA 94901**

2