JOHN A. VOS, ESQ. (#80790)
1430 Lincoln Avenue
San Rafael, CA 94901
(415) 485-5330
For Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:                                                    ) No: 15-30037
                                                          )
         SHARYN MITCHELL                                  )
                                      Debtor              ) Hrg Date: June 26, 2015
_____                   ) Hrg Time: 10: 00 am
                                                            Hrg Site: CtRm 22

**Proof of service of**
**NOTICE OF HEARING ON**
**MOTION TO FIX VALUE OF REAL PROPERTY**
(7012 Santero Way, Cotati, California)

I, JOHN A. VOS, state and declare under penalty of perjury of the laws of the United States

of America that on this 28th day of May, 2015 at Marin County, California I personally mailed or

caused to be mailed a true and correct copy of the Notice of Hearing on Motion, the Motion, and

the Declaration in support of Motion to Fix Value of 7012 Santero Way, Cotati, California in a

sealed envelope, first class postage fully prepaid, certified mail, return receipt requested,

addressed to:

        US BANK NATIONAL ASSOCIATION
        Attn: Mr. Zavck Boyers,CEO
        425 Walnut Street
        Cincinnati, OH 45202                  (Address as per FDIC website)

        US BANK NATIONAL ASSOCIATION
        Attn: Kristy Carstensen, CFO
        425 Walnut Street
        Cincinnati, OH 45202                  (Address as per FDIC website)

        U.S. BANK HOME MORTGAGE, a division of US BANK NATIONAL ASSN
        4801 Frederica Street
        Owensboro, Kentucky 42301             (Address as per Claim on file)

        Executed this 28th day of May, 2015 at San Rafael, California.

                              _____/s/_____
                                   John A. Vos Declarant